# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Netburn, Sarah | U.S. District Court, Southern District of New York | 07/17/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

40 Foley Square
Room 430
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Cuti Hecker Wang -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Netburn, Sarah | 07/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alps ETF | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 2. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 3. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 4. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 5. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 6. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 7. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 8. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 9. American Intl Group | A | Dividend | | | Buy | 9/11/12 | J | | |
| 10. | | | | | Sold | 9/20/12 | J | A | |
| 11. Anadarko Petroleum | A | Dividend | | | Buy | 9/12/12 | J | | |
| 12. | | | | | Sold | 9/20/12 | J | A | |
| 13. Apple Inc. | A | Dividend | | | Sold | 5/16/12 | K | E | |
| 14. AT&T Inc. | A | Dividend | | | Sold | 9/20/12 | J | B | |
| 15. Bank of Amer. Corp. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 16. Berkshire Hathaway Inc New CL B | A | Dividend | | | Sold | 9/20/12 | J | B | |
| 17. Blackrock Inc. | A | Dividend | | | Sold | 5/22/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Broadcom Corp. | A | Dividend | | | Buy | 9/17/12 | J | | |
| 19. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 20. CSX Corporation | A | Dividend | | | Sold | 09/20/12 | J | A | |
| 21. Cabelvision Systems Corp N Y Group CL A | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 22. CenturyLink Inc. | A | Dividend | | | Buy | 2/6/12 | J | | |
| 23. | | | | | Sold | 9/20/12 | J | A | |
| 24. Chesapeake Energy | A | Dividend | | | Buy | 04/18/12 | J | | |
| 25. | | | | | Sold | 04/16/12 | J | A | |
| 26. | | | | | Sold | 5/11/12 | J | A | |
| 27. Citigroup Inc. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 28. Colgate Palmolive Co. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 29. Cons Edison Co. (Holding Co.) | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 30. Deere and Co. | A | Dividend | | | Buy | 8/15/12 | J | | |
| 31. | | | | | Sold | 9/20/12 | J | A | |
| 32. Dunkin Brands | A | Dividend | | | Buy | 8/1/12 | J | | |
| 33. | | | | | Sold | 9/20/12 | J | A | |
| 34. Egshares Emerging Markets Consumer ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Energy Transfer Partners | A | Dividend | | | Buy | 6/21/12 | J | | |
| 36. | | | | | Sold | 9/20/12 | J | A | |
| 37. Exxon Mobil Corp. | A | Dividend | | | Sold | 9/20/12 | J | C | |
| 38. Facebook | A | Dividend | | | Buy | 8/16/12 | J | | |
| 39. | | | | | Sold | 9/20/12 | J | A | |
| 40. First Trust ISE-REV NAT GAS | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 41. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 42. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 43. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 44. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 45. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 46. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 47. Genl Electric Co. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 48. Google Inc. CL A | A | Dividend | | | Buy | 1/30/12 | J | | |
| 49. | | | | | Sold | 9/20/12 | J | B | |
| 50. Greenhaven Continuous Commodity Index Fund DE | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 51. | | | | | Buy (add'l) | 10/10/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 53. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 54. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 55. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 56. Home Depot Inc. | A | Dividend | | | Sold | 9/20/12 | J | C | |
| 57. Intel Corp. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 58. Intl Business Mach | A | Dividend | | | Sold | 9/20/12 | J | D | |
| 59. iShares DJ Select Divid Index Fund | A | Dividend | J | T | | | | | |
| 60. iShares NASDAQ Biotechnology Index Fund | A | Dividend | J | T | | | | | |
| 61. Johnson & Johnson Com. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 62. Kraft Food Inc. CL A | A | Dividend | | | Sold | 9/20/12 | J | B | |
| 63. Market Vectors Gold Miners ETF | A | Dividend | J | T | Buy | 12/17/12 | J | | |
| 64. Metlife Inc. | A | Dividend | | | Buy | 2/6/12 | J | | |
| 65. | | | | | Sold | 5/16/12 | J | A | |
| 66. Microsoft Corp. | A | Dividend | | | Buy | 2/9/12 | J | | |
| 67. | | | | | Sold | 9/20/12 | J | A | |
| 68. Nextera Energy Inc. Com. | A | Dividend | | | Sold | 9/20/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oaktree Cap Group | A | Dividend | | | Buy | 6/18/12 | J | | |
| 70. | | | | | Sold | 9/20/12 | J | A | |
| 71. Oracle Corp. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 72. Pepsico Inc. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 73. Pimco 1-5 Yr US Tips Index ETF | A | Interest | J | T | Buy | 12/17/12 | J | | |
| 74. Potash Corp | A | Dividend | | | Buy | 2/2/12 | J | | |
| 75. | | | | | Sold | 5/15/12 | J | A | |
| 76. Pfizer Inc. | A | Dividend | | | Sold | 9/20/12 | J | B | |
| 77. Procter & Gamble Co. | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 78. Qualcomm Inc. | A | Dividend | | | Buy | 4/19/12 | J | | |
| 79. | | | | | Sold (part) | 6/25/12 | J | A | |
| 80. | | | | | Sold | 9/20/12 | J | A | |
| 81. Royal Dutch Shell PLC CL A SPON ADR DE | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 82. Seadrill | A | Dividend | | | Buy | 4/3/12 | J | | |
| 83. | | | | | Sold | 9/20/12 | J | A | |
| 84. Senior HSG Properties Trust SBI DE | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 85. Starbucks Corp. | A | Dividend | | | Sold | 7/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Index Funds Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 87. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 88. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 89. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 90. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 91. Wal Mart Stores Inc. | A | Dividend | | | Sold | 9/20/12 | J | B | |
| 92. Walt Disney Co. (Holding Co.) Disney Com | A | Dividend | | | Sold | 9/20/12 | J | D | |
| 93. Deutsche Telekom AG DE SPON ADR | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 94. iShares FTSE/XINHUA China 25 Index Fund | A | Dividend | J | T | Sold (part) | 09/21/12 | J | A | |
| 95. Vodafone Group PLC New SPON ADR | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 96. iShares Barclays 1-3 Yr Credit Bond Fund | A | Dividend | J | T | | | | | |
| 97. iShares Barclays 1-3 Yr Treas. Bond FD | A | Interest | J | T | Buy | 10/8/12 | J | | |
| 98. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 99. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 100. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 101. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 102. iShares Barclays TIPS Bond Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  iShares IBOXX High Yield Corp Bond | A | Interest | J | T | | | | | |
| 104.  iShares S&P 500 Value | A | Interest | J | T | Buy | 10/8/12 | J | | |
| 105. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 106. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 107. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 108. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 109. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 110.  iShares Trust S&P 500 Growth Index Fund DE | A | Interest | J | T | Buy | 10/8/12 | J | | |
| 111. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 112. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 113. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 114. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 115. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 116.  iShares S&P 100 Index Fund DE | A | Interest | J | T | Buy | 10/8/12 | J | | |
| 117. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 118. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 119. | | | | | Buy (add'l) | 10/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 121. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 122. iShares Gold Trust ETF | A | Interest | J | T | Buy | 12/13/12 | J | | |
| 123. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 124. iShares Barclays 1-3 YR CD BD FD | A | Int./Div. | J | T | Buy | 12/4/12 | J | | |
| 125. | | | | | Sold | 4/24/12 | J | A | |
| 126. JPM Chase Capital XXVII 7.200% Due 12/22/39 Callable | A | Interest | | | Redeemed | 7/12/12 | J | A | |
| 127. Powershares Exchange Traded FD TR FINL PFD Portfolio | A | Dividend | J | T | | | | | |
| 128. Vanguard Short Term Corporate BD ETF | A | Interest | J | T | Buy | 10/8/12 | J | | |
| 129. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 130. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 131. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 132. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 133. Powershares DB Commodity Index Tracking Fund | | None | J | T | | | | | |
| 134. Powershares DB Multi Sector Commodity TR DB Agriculture Fund | | None | J | T | | | | | |
| 135. SPDR Gold Trust | | None | J | T | | | | | |
| 136. SPDR S&P Emerging Markets ETF DE | A | Dividend | J | T | Buy | 10/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 138. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 139. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 140. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 141. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 142. SPDR SER TR Barclays Cap Conv ETF | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 143. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 144. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 145. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 146. SPDR Barclayes Convertible SEC ETF | A | Dividend | J | T | Buy | 11/7/12 | J | | |
| 147. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 148. Vanguard Index Funds MFD INC FSTE ALL | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 149. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 150. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 151. Vanguard Index Funds Mid Cap | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 152. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 153. | | | | | Buy (add'l) | 10/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 155. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 156. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 157. Vanguard Intel Equity Index FD INC FSTE ALL-WORLD EX-U | A | Dividend | J | T | Buy | 10/17/12 | J | | |
| 158. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 159. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 160. Vanguard Short Term Corporate BD ETF | A | Dividend | J | T | | | | | |
| 161. Vanguard Index Funds Small Cap | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 162. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 163. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 164. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 165. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 166. Columbia Aggressive Growth NY 529 Portfolio Class A | | None | M | T | | | | | |
| 167. IRA #1 | D | Dividend | M | T | | | | | |
| 168. - UBS Pace Money Market Investment Fund Class P | | | | | | | | | |
| 169. - Calamos Convertible Fund Class A | | | | | | | | | |
| 170. - DWS Dreman Small Cap Value Fund Class A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Eaton Vance Richard Bernstein Equity | | | | | | | | | |
| 172. - Federated Kaufman Fund Class A | | | | | | | | | |
| 173. - Goldman Sachs Mid Cap Value Fund Class A | | | | | | | | | |
| 174. - Olstein All Cap Value Fund Advisor Class | | | | | | | | | |
| 175. - Henderson Global Investors Intl Opportunities Fund A | | | | | | | | | |
| 176. - Oppenheimer Developing Markets Fund CL A | | | | | | | | | |
| 177. -- Oppenheimer Equity Income Fund Inc. Cl A | | | | | | | | | |
| 178. - Blackrock Inflation Protected Bond A | | | | | | | | | |
| 179. - Calvert Short Duration Income Fund Class A | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. - JP Morgan Short Duration Bond Fund Class A | | | | | | | | | |
| 183. - Pimco Real Return Fund Class A | | | | | | | | | |
| 184. - Pimco Total Return Fund Class A | | | | | | | | | |
| 185. - Putnam Voyager Fund Inc. Cl A | | | | | | | | | |
| 186. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 187. UBS Select Prime Investor Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  RMA Money Mkt Portfolio | | None | J | T | | | | | |
| 189.  IRA # 2 | A | Interest | J | T | | | | | |
| 190.  - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 191.  - Eaton Vance Richard Bernstein Equity | A | Dividend | J | T | | | | | |
| 192.  IRA #3 | C | Dividend | M | T | | | | | |
| 193.  - Alps ETF | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 194.  - First Trust ISE-REV Nat Gas | A | Dividend | J | T | Buy | 9/20/12 | J | | |
| 195.  - Egshares Emerging Markets Consumer ETF | A | Dividend | J | T | | | | | |
| 196.  - ETF Guggenheim Bullet Shares 2012 Corp B | A | Dividend | | | Buy | 2/23/12 | J | | |
| 197. | | | | | Sold | 12/31/12 | J | A | |
| 198.  - iShares S&P 100 Index Fund DE | A | Dividend | J | T | | | | | |
| 199.  - iShares Trust S&P 500 Growth Index Fund DE | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 200.  - iShares Trust S&P 500 Value Index FD DE | A | Dividend | | | Sold | 9/20/12 | J | A | |
| 201.  - SPDR S&P Emerging Markets ETF DE | A | Dividend | J | T | | | | | |
| 202.  - Vanguard Intl Equity Index FD Inc FSTE ALL | A | Dividend | J | T | | | | | |
| 203.  - Vanguard Index Funds Vanguard Mid Cap ETF DE | A | Dividend | J | T | | | | | |
| 204.  - Vanguard Index Funds Vanguard Small Cap ETF DE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - iShares Barclays 1-3 Treas Bond FD DE | A | Dividend | | | Sold | 11/14/12 | J | A | |
| 206.  - iShares Barclays Tips Bond Fund | A | Dividend | J | T | | | | | |
| 207.  - Vanguard Short Term Corporate BD ETF DE | A | Dividend | J | T | | | | | |
| 208.  - Greenhaven Continuous Commodity Index Fund DE | A | Dividend | J | T | | | | | |
| 209. Buckeye Delta Fund LP (no control) | E | Dividend | O | T | | | | | DONE |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Netburn, Sarah | 07/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Buckeye Delta Fund LP (listed in Part VII), in addition to dividend income, this fund generated income through capital gains, expenses and unrealized appreciation. "Vanguard Short Term Corporate BD ETF" and "iShares Barclays Tips Bond Fund" are listed twice because these assets were each held in different accounts (these are not duplicate entries). In my 2011 Report on line 102, I listed "Charles Schwab" as an asset within IRA #2 but did not indicate that it was sold. It was, in fact, sold on March 28, 2011, at the same time that the Ameristock Mutual Fund was sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah Netburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544